BRACKENRIDGE *v.* M'CULLOCH.

BRACKENRIDGE
v.
M'CULLOCH.

A person cannot sustain a *scire facias* to vacate a judgment which is regular on its face, and which he obtained at a term prior to that when the *scire facias* issued.

*Saturday,
January 25,
1845.*

ERROR to the *Allen* Circuit Court.

DEWEY, J.—This was a *scire facias* by *M'Culloch* against *Brackenridge* and *Mariam* to show cause why a judgment should not be vacated. · The writ (which was issued in *January*, 1843,) alleged that *M'Culloch*, at the *April* term, 1838, of the *Allen* Circuit Court, commenced an action of debt against *Dewitt C. Stephens*, *William A. Henderson*, and *Mason M. Mariam*, as partners, trading under the firm of *D. C. Stephens* and *Co.*, on a promissory note made by that firm ; that the process was returned "not found" as to *Stephens; that M'Culloch* obtained a judgment against *Henderson* and *Mariam; that*, after the rendition of the judgment, *Henderson* died, and *Brackenridge* was appointed his administrator ; that *Mariam* was not in fact a member of the firm of *D. C. Stephens* and *Co.*, and was made a party to the suit by mistake ; that one *Zenas Henderson* was a dormant partner of that firm, and as such was one of the makers of the note, but that he had fraudulently induced *M'Culloch* to believe he was not a partner, and was, therefore, not sued ; whereupon the judgment ought to be vacated, &c. The defendants demurred to the *scire facias*, and the demurrer was overruled. Whereupon the Court adjudged that the judgment in the action of debt be vacated.

We think the demurrer should have been sustained. We know of no principle of law by which a plaintiff can, by *scire facias*, set aside a judgment, regular upon its face, obtained by him at a term prior to that of issuing the *scire facias*, though he may have committed a mistake in obtaining the judgment.

*Per Curiam.*—The judgment is reversed with costs. Cause remanded, &c.

*D. H. Colerick*, *W. H. Coombs*, and *R. Brackenridge*, for the plaintiff.

*H. Cooper*, for the defendant.